UNITED STATE DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

ST. PAUL PAINTING INDUSTRY HEALTH & WELFARE FUND,

Civil File No. 01-2423 PAM/JGL

Plaintiff,

vs.

**NOTICE OF DISMISSAL**
**WITHOUT PREJUDICE AND ORDER**

BOB NICKELSON PAINTING INCORPORATED,

Defendant.

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 41(a)(1), the Plaintiff hereby dismisses the above-captioned action without prejudice.

Dated: March 1, 2002

McGRANN SHEA ANDERSON CARNIVAL
STRAUGHN & LAMB, CHARTERED

By ______________________
Pamela Hodges Nissen
Att'y Reg. No. 259810
800 Nicollet Mall, Suite 2600
Minneapolis, MN 55402-7035
Telephone: (612) 338-2525

Attorneys For Plaintiff

MAR 06 2002
FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

IT IS HEREBY ORDERED that this matter is dismissed without prejudice.

Date: March 5, 2002

Paul A. Magnuson
Judge of District Court